IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMIE BRANDT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CSL PLASMA, INC.,<br><br>Defendant. | Case No. 3:19-CV-702-NJR-MAB |

## JUDGMENT IN A CIVIL ACTION

**ROSENSTENGEL, Chief Judge:**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Notice of Dismissal dated September 30, 2019 (Doc. 18), this case was voluntarily **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED:   October 1, 2019

MARGARET M. ROBERTIE,
Clerk of Court

By:   s/ Deana Brinkley
Deputy Clerk

APPROVED:   s/Nancy J. Rosenstengel
NANCY J. ROSENSTENGEL
Chief U.S. District Judge